*E-FILED 4/27/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES SUEVER, et al., | No. C 03-00156 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| KATHLEEN CONNELL, et al., | |
| Defendants. | |

1. The last day to meet and confer re initial disclosures, early settlement, and discovery plan shall be May 31, 2006.

2. The last day to file a Joint ADA Certification with Stipulation to ADR process or a Notice of Need for ADR Phone Conference shall be May 31, 2006.

3. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve the Case Management Statement, and file and serve Rule 26(f) Report shall be June 14, 2006.

4. The Case Management Conference shall be held in this case on **June 21, 2006 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

IT IS SO ORDERED.

Dated: 4/27/06

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James C. Harrison     jharrison@rjp.com, abrandt@rjp.com

Robin Bradle Johansen     rjohansen@rjp.com, abrandt@rjp.com

William Wayne Palmer     wmwpalmer@aol.com,

Thomas A. Willis     twillis@rjp.com, abrandt@rjp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 4/27/06

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg