**\*E-FILED 12/6/06\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES SUEVER, et al., | No. C 03-00156 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| KATHLEEN CONNELL, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, that a further Case Management Conference shall be held in this case on **January 17, 2007 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

No later than January 10, 2007, the parties shall file an updated Joint Case Management Conference Statement.

DATED: December 6, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James C. Harrison    jharrison@rjp.com, abrandt@rjp.com

Robin Bradle Johansen    rjohansen@rjp.com, abrandt@rjp.com

William Wayne Palmer    wmwpalmer@aol.com,

Margaret R. Prinzing    mprinzing@rjp.com

Thomas A. Willis    twillis@rjp.com, abrandt@rjp.com

Dated: December 6, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

United States District Court
For the Northern District of California