***E-FILED 7/6/07*** 

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES SUEVER, et al., | NO. C 03-00156 RS |
| Plaintiffs, | **ORDER DENYING REQUEST FOR CONTINUANCE** [1] |
| v. | |
| KATHLEEN CONNELL, et al., | |
| Defendants. | |

Defendants' motion filed June 26, 2007, seeking to continue the hearing on plaintiffs' motion to September 25, 2007 is denied, without prejudice to defendants' right to seek a continuance under Fed. R. Civ. P 56 (f) in conjunction with any other opposition they may have on the merits.

IT IS SO ORDERED.
Dated: July 6, 2007

RICHARD SEEBORG
United States Magistrate Judge

---

[1] The Court is aware that defendant Connell has been dismissed by prior court order and that there is some controversy between the parties as to the effect of subsequent changes in state office holders. The Court's use of the original caption for this action is for convenience only, and is not intended as a ruling on that dispute.

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James C. Harrison     jharrison@rjp.com, kkrogseng@rjp.com

Robin Bradle Johansen     rjohansen@rjp.com, kkrogseng@rjp.com

William Wayne Palmer     wmwpalmer@aol.com, dculhane@dim.com

Margaret R. Prinzing     mprinzing@rjp.com, lfien@rjp.com

Thomas A. Willis     twillis@rjp.com, kkrogseng@rjp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/6/07**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                                **By:      /s/ BAK**

ORDER RE BRIEFING SCHEDULES AND HEARING DATE
C 03-00156 RS

2