ROBIN B. JOHANSEN, State Bar No. 79084
JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
MARGARET R. PRINZING, State Bar No. 209482
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
E-Mail: rjohansen@rjp.com

Attorneys for Defendants
John Chiang and Richard J. Chivaro

WILLIAM W. PALMER, State Bar No. 146404
THE LAW OFFICES OF WILLIAM W. PALMER
1241 Carter Road
Sacramento, CA 95864
Phone: (916) 972-0761
Fax: (916) 972-0877

Attorneys for Plaintiffs, Taxpayers, and Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES SUEVER, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN CHIANG, ET AL., <br><br> Defendants. | No.: C 03-00156 RS <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND BRIEFING ON CLASS CERTIFICATION MOTION; ~~DECLARATION OF THOMAS A. WILLIS IN SUPPORT THEREOF~~ |

STIP. & [PROPOSED] ORDER CONTINUING HRG. &
BRIEFING ON CLASS CERTIFICATION MOTION; DECL.
OF THOMAS A. WILLIS – NO.: C 03-00156 RS

## STIPULATION

Pursuant to Northern District of California Local Rules, Rule 6-2(a), defendants John Chiang and Richard J. Chivaro and plaintiffs Agnes W. Suever, Madonna Suever, Steve Tucker, Alexander Vondjidis, Richard W. Seitzinger and Jo-Ann S. Seitzinger, individually and as trustees for the Seitzinger Family Trust, Johnstone Whitley, Lynn Keith, Richard V. Valdes, and Tony Lee hereby request that the Court continue the hearing on the Motion for Class Certification, currently scheduled for September 19, 2007, to October 3, 2007 or a later date that is convenient to the Court and continue the dates for the filing of the opposition and reply briefs to comply with the new hearing date.

As set forth in the attached Declaration of Thomas A. Willis, good cause exists for the continuance. Specifically, defendants are in the process of taking the depositions of the class representative plaintiffs and the parties agree that the depositions should be complete before defendants respond to the motion. Accordingly, plaintiffs are amenable to a further continuance if there are any unanticipated delays in the discovery.

Respectfully submitted,

Dated: August 16, 2007

By: _____/s/_____
Thomas A. Willis
REMCHO, JOHANSEN & PURCELL, LLP
Attorney for Defendants John Chiang, et al.

Dated: August 16, 2007

By: _____/s/_____
William W. Palmer
LAW OFFICES OF WILLIAM W. PALMER
Attorney for Plaintiffs Agnes Suever, et al.

{00039269-2}

STIP. & [PROPOSED] ORDER CONTINUING HRG & BRIEFING ON CLASS CERTIFICATION MOTION; DECL. OF THOMAS A. WILLIS   NO. C 03-00156 RS               1

## [PROPOSED] ORDER

*RS*

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The hearing on plaintiffs' class certification motion, currently scheduled for September 19, 2007, shall now be heard on _October 3_, 2007 at _9:30_ am/pm; and

2. The parties' opposition and reply briefs shall now be due based on the new hearing date.

DATED: _August 20, 2007_

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

STIP & [PROPOSED] ORDER CONTINUING HRG. &
BRIEFING ON CLASS CERTIFICATION MOTION; DECL.
OF THOMAS A. WILLIS – NO.: C 03-00156 RS

2