IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES SUEVER, et al., | No. C 03-00156 RS |
| Plaintiff, | **ORDER** |
| v. | |
| KATHLEEN CONNELL, et al., | |
| Defendants. | |

Within 15 days of the date of this order, the parties shall file a joint status report setting forth their positions regarding what, if any, issues remain to be resolved in this action, and any proposals they have as to how the matter should proceed.

IT IS SO ORDERED.

DATED: 02/19/2010

_____
RICHARD SEEBORG
United States District Judge