IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AGNES SUEVER, et al.,

        Plaintiff,

v.

KATHLEEN CONNELL, et al.,

        Defendants.
_____/

No. C 03-00156 RS

**ORDER SETTING HEARING DEADLINE**

The Court has reviewed the parties' joint status report. Good cause appearing, it is hereby ordered that the parties shall file their cross-motions for summary judgment to be heard no later than June 3, 2010. Plaintiffs' summary judgment briefing shall include a brief discussion, not to exceed one page, of the apparent inconsistency between the number and scope of the issues the parties now agree remain to be resolved in this action and plaintiffs' representations to the Ninth Circuit that the prior orders of this Court effectively ended all or nearly all of the claims they could pursue, absent a reversal.

IT IS SO ORDERED.

DATED: 03/10/2010

_____
RICHARD SEEBORG
United States District Judge