*E-Filed 04/07/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AGNES SUEVER, et al.,

        Plaintiff,

  v.

KATHLEEN CONNELL, et al.,

        Defendants.
_____/

No. C 03-00156 RS

**ORDER RE REQUEST TO EXTEND PAGE LIMITS**

       The parties' joint request that they be permitted to file six separate briefs totaling up to 270 pages in connection with their cross-motions for summary judgment is DENIED. Although the numerous claims and parties at issue may warrant some extension of page limits, the proposal is not manageable or efficient, particularly in light of the fact that each side's arguments in support of their own motion for summary judgment should significantly overlap with their arguments in opposition to the other side's motion. The parties are directed to meet and confer to attempt to agree on a more practical and contained approach to briefing these issues. Among such other options as the parties may themselves devise, they shall consider proceeding with a total of four briefs: (1) Defendants' motion; (2) plaintiffs' opposition and motion; (3) defendants' reply in support of their own motion, and opposition to plaintiffs' motion; (4) plaintiffs' reply in support of their own motion.

       The parties may agree to any briefing schedule they like, as long as the final brief is filed no later than fourteen days before the hearing date. The Court will entertain a further stipulation for a

briefing schedule that includes *reasonable* extensions of the page limits.  The motions shall be set for hearing no later than the end of June 2010.

IT IS SO ORDERED.

DATED: 04/07/2010

_____
RICHARD SEEBORG
United States District Judge