\*E-Filed 04/19/2010\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AGNES SUEVER, et al.,

        Plaintiff,

v.

KATHLEEN CONNELL, et al.,

        Defendants.
_____/

No. C 03-00156 RS

**ORDER RE BRIEFING SCHEDULE AND PAGE LIMITS**

In view of the parties' inability to reach an agreement regarding the briefing of their cross-motions for summary judgment, and good cause appearing, it is hereby ordered that:

(1) Defendants shall commence the motion process by filing their motion for summary judgment first. There shall be four briefs total: (a) defendants' motion; (b) plaintiffs' opposition and motion; (c) defendants' reply in support of their own motion, and opposition to plaintiffs' motion; (d) plaintiffs' reply in support of their own motion.

(2) Each party shall have 90 pages of briefing total, calculated as 35 pages for their respective moving arguments, 35 pages for their respective oppositions, and 20 pages for their respective replies. Thus, under this allocation, the first brief would be 35 pages, the second would be 70 pages, the third would be 55 pages, and the final brief would be 20 pages. The parties are each free, however, to expend their total of 90 pages between their two briefs as they see fit. As

always, the parties should remember that page limits are a maximum, not a minimum, and that points are never deducted for completing the arguments in less than the allotted space.

(3) The parties shall forthwith agree to a briefing schedule. The final brief must be filed 14 days prior to the hearing date. A hearing date in the first half of July may be selected if necessary to facilitate reaching agreement on a schedule.

IT IS SO ORDERED.

DATED: 04/19/2010

_____
RICHARD SEEBORG
United States District Judge