WILLIAM W. PALMER, State Bar No. 146404
THE LAW OFFICES OF WILLIAM W. PALMER
575 University Ave, Suite 100
Sacramento, CA  95825
Phone:  (916) 564-4458
Fax:  (916) 564-5758
Email:  wpalmer@palmercorp.com

Attorneys for Plaintiffs, Taxpayers, and Class

ROBIN B. JOHANSEN, State Bar No. 79084
JAMES C. HARRISON, State Bar No. 161958
THOMAS A. WILLIS, State Bar No. 160989
MARGARET R. PRINZING, State Bar No. 209482
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email:  rjohansen@rjp.com

Attorneys for Defendants
John Chiang and Richard J. Chivaro

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AGNES SUEVER, ET AL., | ) | No.:  C 03-00156 RS |
| Plaintiffs, | ) ) | **STIPULATION AND [PROPOSED] ORDER FOR TIMING AND PAGE LIMITS FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | ) ) ) | |
| JOHN CHIANG, ET AL., | ) ) | |
| Defendants. | ) ) | |

**STIPULATION**

Pursuant to Local Rule 7-11 and to the Court's April 19, 2010 Order, defendants John Chiang and Richard J. Chivaro ("Defendants") and plaintiffs Agnes W. Suever, Madonna Suever, Steve Tucker, Alexander Vondjidis, Richard W. Seitzinger and Jo-Ann S. Seitzinger, individually and as trustees for the Seitzinger Family Trust, Johnstone Whitley, Lynn Keith, Richard V. Valdes, and Tony Lee (collectively "Plaintiffs") stipulate to the following. (The District Court's April 19, 2010 Order is attached and incorporated hereto as Exhibit A.)

Plaintiffs' counsel is traveling out of the state during the week of June 28 through July 5, 2010 and proposes, and defendants do not oppose, the following briefing schedule:

(1) Up to and including May 14, 2010 for Defendants to file their opening memorandum;

(2) Up to and including June 3, 2010 for Plaintiffs to file their opening memorandum and opposition;

(3) Up to and including June 23, 2010 for Defendants to file their opposition and reply;

(4) Up to and including July 5, 2010 for Plaintiffs to file their reply memorandum.

The hearing for cross-motions for summary judgment shall be set on July 19, 2010.

In the alternative, to permit the hearing to take place in the first half of July as specified in the Court's April 19, 2010 order, defendants propose, and plaintiffs do not oppose, the following briefing schedule: Defendants will file their motion for summary judgment by May 14, 2010. Plaintiffs will file their combined opposition to defendants' motion and plaintiffs' cross motion for summary judgment by June 3, 2010. Defendants will file their combined reply brief and opposition to plaintiffs' motion for summary judgment by June 23, 2010. Plaintiffs will file their reply brief by July 1, 2010. The hearing will take place on July 15, 2010.

Respectfully submitted,

Dated: May 3, 2010

By: _____/s/_____
Margaret R. Prinzing
REMCHO, JOHANSEN & PURCELL, LLP
Attorney for Defendants John Chiang, et al.

Dated: May 3, 2010

By: _____/s/_____
William W. Palmer
LAW OFFICES OF WILLIAM W. PALMER
Attorney for Plaintiffs Agnes Suever, et al.

(00107068)

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND APPLICATION, IT IS SO ORDERED THAT:

1. Up to and including May 14, 2010 for Defendants to file their opening memorandum;

2. Up to and including June 3, 2010 for Plaintiffs to file their opening memorandum, and opposition,

3. Up and including June 23, 2010 for Defendants to file their opposition and reply;

4. Up to and including July 1, 2010 for Plaintiffs to file their reply memorandum, .

5. The hearing for cross-motions for summary judgment shall be set on July 15, 2010.

DATED: May 5, 2010

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE