*E-Filed 6/30/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGNES SUEVER, et al., | No. C 03-00156 RS |
| Plaintiff, | **ORDER RE HEARINGS** |
| v. | |
| KATHLEEN CONNELL, et al., | |
| Defendants. | |

Plaintiffs have informally advised the Court that they would like to dismiss this action without prejudice, and that they intend to bring a motion to do so. Their time to oppose defendants' motion for summary judgment and to file their own cross-motion for summary judgment under the parties' stipulated briefing schedule has long since expired. Similarly, plaintiffs' deadline under the Local Rules for filing an opposition to defendants' motion for a protective order has passed.

Defendants have filed a motion for administrative relief under Civil Local Rule 7-11 seeking to set July 19, 2010 as the hearing date for their summary judgment motion, which they wish to have decided on the merits.[1]  Plaintiffs' time for responding to the Rule 7-11 motion has also expired.

---

[1] The motion became necessary because defendants noticed the motion for a different date than called for by the parties' prior stipulation.  The parties have not been able to reach a further stipulation to resolve the discrepancy.

Good cause appearing, it is hereby ordered that:

1. Defendants' motion for a protective order, presently set for hearing on July 9, 2010, shall be submitted for decision without oral argument, pursuant to Civil Local Rule 7-1(b).

2. Defendants' motion for summary judgment shall be set for calendaring purposes on July 19, 2010, but shall also be submitted for decision without oral argument, pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

DATED:  6/30/10

_____
RICHARD SEEBORG
United States District Judge