*E-Filed 7/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AGNES SUEVER, et al.,

        Plaintiff,

v.

KATHLEEN CONNELL, et al.,

        Defendants.
_____/

No. C 03-00156 RS

**ORDER GRANTING UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Defendants seek a protective order relieving them of the obligation to (1) produce a witness to address topics 6, 12 and 13 identified in plaintiffs' May 4, 2010 deposition notice; (2) produce Les Lombardo for deposition; and (3) respond to requests 1-2 and 5-21 of plaintiffs' requests for production of documents. Plaintiffs have not opposed the motion, and do not appear to be prosecuting this action. Accordingly, good cause appearing, the motion for a protective order is granted.

IT IS SO ORDERED.

DATED: 7/9/10

                                                          _____
                                                          RICHARD SEEBORG
                                                          United States District Judge